**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 37 WAL 2020

            Respondent                 :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

           v.                               :

                                        :

NEIL SIMPSON,                        :

            Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.